IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

RUFFUS GRAY,
ADC #141375                                                                        PLAINTIFF

v.                                    5:08CV00128  JMM/HLJ

CLARK COUNTY JAIL, et al.                                              DEFENDANTS

ORDER

The Court has reviewed the Proposed Findings and Recommended Partial Disposition

submitted by United States Magistrate Judge Henry L. Jones, Jr.  No objections have been filed.

After careful consideration, the Court concludes that the Proposed Findings and Recommended

Disposition should be, and hereby are, approved and adopted in their entirety as this Court's

findings in all respects.

IT IS THEREFORE ORDERED that the Motion for Summary Judgment filed by

Defendant Ravi Mehta (Docket #44) is GRANTED.  Defendant Ravi Mehta is DISMISSED

from the case without prejudice.

IT IS SO ORDERED this 5th day of March 2009.


_____
James M. Moody
United States District Judge