IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

RUFFUS GRAY,
ADC #141375                                                                               PLAINTIFF

v.                                      5:08CV00128JMM/HLJ

CLARK COUNTY JAIL, et al.                                                    DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Henry L. Jones, Jr.. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that the motion for summary judgment filed by defendants Kittrell and Blackmon (DE #49) is hereby GRANTED, and plaintiff's allegations against these defendants are dismissed with prejudice.

IT IS SO ORDERED this 6th day of May, 2009.

_____
UNITED STATES DISTRICT JUDGE