IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

RUFFUS GRAY,
ADC #141375                                                                                   PLAINTIFF

v.                                        5:08CV00128HLJ

CLARK COUNTY JAIL, et al.                                                            DEFENDANTS

ORDER

The Court has determined counsel should be appointed to represent the plaintiff in all further proceedings in this action.

Pursuant to 28 U.S.C. § 1915(e)(1) and Local Rule 83.7, Heartsill Ragon, III, 425 West Capitol Ave., Suite 3801, Little Rock, AR 72201-2413, 501-376-3800, is hereby appointed to represent plaintiff Ruffus Gray in all further proceedings in this action.

THE CLERK IS HEREBY DIRECTED to send counsel and plaintiff a copy of this Order. Counsel is also directed to access and review Local Rule 83.7 regarding appointment of counsel, and Local Rule 83.6 regarding reimbursement of out-of-pocket expenses, through the Court's web site (www.are.uscourts.gov).[1]  Pursuant to Rule 83.7, counsel must make written application to withdraw within fifteen (15) days; otherwise, the appointment will be effective.

IT IS SO ORDERED this 8th day of July, 2009.

_____
United States Magistrate Judge

---

[1] Counsel may review the case file once, at no charge, from the Court's PACER system, which may be accessed by registering through the Court's web site. Thereafter, appointed counsel shall contact the court-room deputy to obtain a copy of the file.