IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

RUFFUS GRAY,
ADC #141375                                                                                      PLAINTIFF

v.                                          5:08CV00128JMM/HLJ

CLARK COUNTY JAIL, et al.                                                          DEFENDANTS

ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Henry L. Jones, Jr.. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that defendant Newburn is hereby DISMISSED from plaintiff's complaint.

IT IS SO ORDERED this 9th day of November, 2009.

_____
UNITED STATES DISTRICT JUDGE