IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

RUFFUS GRAY,
ADC #141375                                                                                    PLAINTIFF

5:08CV00128JMM/JTK

CLARK COUNTY JAIL, et al.                                                              DEFENDANTS

ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that defendant's motion for summary judgment (Doc. No. 96) is hereby GRANTED, and that plaintiff's complaint against all defendants is DISMISSED.

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 29th day of June, 2010.

_____
UNITED STATES DISTRICT JUDGE