IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

RUFFUS GRAY,
ADC #141375                                                                                              PLAINTIFF

5:08CV00128JMM/JTK

CLARK COUNTY JAIL, et al.                                                                    DEFENDANTS

JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED. The relief sought is denied.

IT IS SO ADJUDGED this 29th day of June, 2010.

_____
UNITED STATES DISTRICT JUDGE